# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 02-39188-BWB |
| | ) | |
| COMMUNION PACKAGING COMPANY d/b/a CPC, | ) ) | Chapter 7 |
| | ) | Hon. Bruce W. Black |
| Debtor. | ) ) | |
| DAVID P. LEIBOWITZ, not individually or personally, but solely in his capacity as the Chapter 7 Trustee of the Bankruptcy Estate of Communion Packaging Company d/b/a CPC, | ) ) ) ) ) ) | Adversary Proc. No. 04-A-03720-BWB |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| BONNIE SILVER JOHNSON, | ) ) | |
| Defendant. | ) ) | |

## PRELIMINARY PRETRIAL ORDER

IT IS HEREBY ORDERED that counsel for the above-captioned parties (the "Parties"), take the following steps and meet the following deadlines in preparation for a pretrial conference in this action:

1. The Parties shall complete all fact discovery on or by October 1, 2005;

2. All disclosures of expert testimony under Bankruptcy Rule 7026(a)(2) are due on or before November 1, 2005;

3. The Parties shall complete all expert discovery on or by January 15, 2006;

4. All dispositive motions are to be filed by the Parties on or by February 1, 2006, with all responses to such dispositive motions to be filed on or within thirty (30) days of service of such motion, and all replies thereto to be filed on or within fifteen (15) days of service of such responses;

CH1 10909544.1

5.  All pretrial disclosures under Bankruptcy Rule 7026(a)(3) are due by the Parties on April 15, 2006;

6.  Any deadline contained herein may be extended by the written stipulation of the Parties, as approved by this Court, or upon written motion to the Court for good cause shown; and

7.  Except as otherwise specified, all other pretrial matters and deadlines are governed by the Federal Rules of Civil Procedure, as made applicable pursuant to the Bankruptcy Rules.

IT IS FURTHER ORDERED that the Court shall convene, and counsel for the Parties shall attend, a final pretrial conference in this action, as contemplated by Bankruptcy Rule 7016(d), on **December 15, 2005** at **10:30** a.m./~~p.m.~~

Dated: June 8, 2005

*Bruce W. Black*
HONORABLE BRUCE W. BLACK
UNITED STATES BANKRUPTCY JUDGE

2

CH1 10909544.1